**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNACIO BLANCAS, PEDRO MORALES, SALVADOR QUINTANA, ARTURO AVILA, and ARTURO ORTIZ, on behalf of themselves and other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>CAIRO & SONS ROOFING CO, INC., and MARIO CAIRO<br><br>Defendants. | Case No. 12 C 2636<br><br>Judge Durkin |

**ORDER PRELIMINARILY APPROVING STIPULATION OF SETTLEMENT AND APPROVING CLASS CERTIFICATION, FORM AND MANNER OF CLASS NOTICE AND SETTING A HEARING FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiffs and Defendants Cairo & Sons Roofing Co. Inc., and Mario Cairo (hereafter collectively referred to as "Defendants") (collectively, the "Parties"), having reached a settlement in this matter on a class-wide basis, the Court having reviewed the Stipulation of Settlement ("Settlement Agreement") and the record in this Litigation, including the Plaintiffs' Unopposed Motion for Preliminary Approval of the Parties' Stipulation of Settlement and for Approval of Class Certification, Form and Manner of Class Notice and Scheduling Hearing for Final Approval of Settlement,

IT IS HEREBY ORDERED AS FOLLOWS:

42

1. The Court hereby preliminarily approves the Settlement Agreement and the Settlement set forth therein as being fair, reasonable, and adequate. The Settlement Agreement is the result of arm's-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular.

2. The Court has jurisdiction over the subject matter of this lawsuit and the Parties, including the members of the Settlement Class, as defined below.

3. The Court finds that the prerequisites to a class action under Rule 23 of the Federal Rules of Civil Procedure have been met. Furthermore, the Court finds that this matter has met the prerequisites for being certified as a collective action under the Fair Labor Standards Act ("FLSA"). The case is hereby certified, for purposes of settlement only, as a class action under Federal Rule of Civil Procedure 23(b)(3) and as a collective action under the FLSA. The Court hereby certifies the following class:

> All individuals who were employed by Defendants between April 10, 2009 and April 10, 2012 in any hourly position, excluding office positions, but who were allegedly not paid overtime wages for all time worked in excess of forty (40) hours in individual work weeks and/or who were allegedly not compensated for all time worked in individual work weeks and who were identified as Class Members by Defendants.

4. The Court appoints Plaintiffs Ignacio Blancas, Pedro Morales, Salvador Quintana Arturo Avila and Arturo Ortiz, as Class Representatives and Christopher J. Williams and Alvar Ayala as Class Counsel. The Court finds that the Class Representatives and Class Counsel have provided adequate representation to the Settlement Classes.

5. The Court further approves of the Parties' proposed Notice of Class Action/Collective Action, Proposed Settlement and Hearing, and the manner in which notices will be given as provided in the Settlement Agreement.

6. The following schedule shall govern the issuance of notice, final court approval and distribution of settlement funds:

   a. Within 21 days after the date of this Order, Class Counsel shall mail notice of the proposed settlement and a claim form to Class Members;

   b. If any of the notices to class members are returned as undeliverable within 30 days after the first mailing, Class Counsel will promptly conduct a second mailing as provided in Section 9.1.5 of the Settlement Agreement.

   c. Class Members will have until 60 days after the deadline for the first mailing (81 days after the date of this Order) to return their claim forms or to opt out utilizing the procedure stated in the proposed class notice.

   d. Within twenty-one (21) days of the Filing Deadline, the Parties will submit to the Court any necessary documents for the Court's consideration of Final Approval of the Settlement Agreement, including any Motions, final calculations of settlement payments to the Class Members, and responses to any objections and/or comments.

   e. The Fairness Hearing is hereby scheduled to be held before the Court on 12/12/13 2013 at 9:30 A.m. in Courtroom 2214.

7. Pending final approval of the Settlement Agreement, the prosecution and defense of the case is hereby stayed; the Class Representatives, all members of the Settlement Classes, and each of them, and anyone who acts or purports to act on their behalf, shall not threaten, institute, commence or prosecute any action that seeks to assert claims against any Released Party related to the subject matter of this lawsuit.

8. The Court reserves exclusive and continuing jurisdiction over this Litigation, the Class Representatives, the Settlement Class, and the Released Parties for the purposes of: (1) supervising the implementation, enforcement, construction, and interpretation of this Order and the Settlement Agreement upon the entry of a Final Order by this Court granting final approval of the Settlement Agreement and dismissing this Litigation with prejudice, or in the event of an appeal of such Final Order, the final resolution of the appeal upholding the Final Order; (2) supervising the distribution of the Settlement Fund; and (3) resolving any disputes or issues that may arise in connection with this Litigation or the Settlement of this Litigation.

It is so ordered.

DATE: __8/20/13__    _____
                    Hon. Thomas M. Durkin
                    United States District Judge
                    United States District Court for the
                    Northern District of Illinois