# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Ignacio Blancas, et al | ) | Case No: 12 C 2636 |
| v. | ) | Judge: Thomas M. Durkin |
| Cairo & Sons Roofing Co., Inc., et al | ) | |

## ORDER

Motion hearing held. Plaintiff's unopposed motion to amend the complaint is granted. [28] Plaintiff's motion for preliminary approval and for approval of class certification is granted. [14, 16, 26] Enter Order preliminarily approving stipulation of settlement and approving class certification, form and manner of class notice and setting a hearing for final approval of settlement. A fairness hearing is set for December 12, 2013 at 9:30 a.m.

Date: 8/20/13

Thomas M Durkin