IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Blancas, et al | ) | Case No: 12 C 2636 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Cairo & Sons Roofing, et al | ) | |
| | ) | |

### ORDER

Motion hearing held. Plaintiffs' unopposed motion for final approval of settlement is granted. [39] Enter Order of Final Approval of Settlement Between Plaintiffs and Defendants Cairo & Sons Roofing Co., Inc., and Mario Cairo. The Court hereby dismisses all claims released in the Stipulation of Settlement on the merits and with prejudice and without costs to any of the Parties as against any other settling Party, except as provided in the Stipulation of Settlement. This matter is dismissed without prejudice. The Court will retain jurisdiction over this matter for a period of 120 days for the sole purpose of interpreting, implementing and enforcing this Order and the Stipulation of Settlement consistent with its terms. After 120 days from the date of this Order, the dismissal of this action will be deemed a dismissal with prejudice without further order of this Court.

(:10)

Date: 12/12/13

*Thomas M Durkin*